IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Lafayette K. Webber

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Magistrate Judge Warren Johnson
Attorney Jack H. Bonds
Clawson + Staubes, LLC

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:     ☒ Yes     ☐ No
                *(check one)*

RCVD – USDC COLA SC
AUG 13 '26 PM11:44

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name   Lafayette K. Webber

Street Address   P.O. Box 2071

City and County   Ridgeland, Jasper County

State and Zip Code   S.C   29936

Telephone Number   843 258 0059

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name   Magistrate Judge Warren Johnson

Job or Title (if known)   Ridgeland Magistrate Judge & Ridgeland town Attorney

Street Address   21 Martin Street

City and County   Hardeeville, Jasper County

State and Zip Code   S.C   29927

Telephone Number   843 784 2628

Defendant No. 2

Name   Attorney Jack H. Bonds

Job or Title (if known)

Street Address   3 Morris Street   Suite A

City and County   Charleston, Charleston County

State and Zip Code   S.C   29403

Telephone Number   843 277-6655

Defendant No. 3

Name   Clawson & Staubes, LLC

2

Job or Title
(if known)                    _____

Street Address                126 Seven Farms Drive #200

City and County               Charleston, Charleston County

State and Zip Code            S.C   29492

Telephone Number             800-774.8242

Defendant No. 4

Name                          _____

Job or Title
(if known)                    _____

Street Address                _____

City and County               _____

State and Zip Code            _____

Telephone Number             _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒  Federal question              ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Obstruction of Justice, Perjury, Insurance Fraud, Jury tampering

3

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.     The Plaintiff(s)

        a.     If the plaintiff is an individual

            The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

        b.     If the plaintiff is a corporation

            The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.     The Defendant(s)

        a.     If the defendant is an individual

            The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

        b.     If the defendant is a corporation

            The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Magistrate Judge Warren Johnson forced himself on the case after an overnight call from Atty. Jack Bonds. He admitted that Atty Bonds was not telling the truth about William Donohew being the driver who hit my vehicle on 9/07/2023. After Judge Johnson reviewed text messages between myself & Mr. Donohew he then dismissed the jury and dismissed the case in favor of Donohew.

(See attached page)

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Requesting 1.5 million dollars from Clawson & Staubes, LLC for insurance fraud & perjury
Requesting 2.5 million dollars from Judge Johnson for civil rights violation, obstruction of justice, insurance fraud, retaliation
Requesting 1 million dollars from Atty Bonds for insurance fraud & perjury

5

III.  Statement of Claim

Bodily injury, ~~and~~ vehicle damage, civil rights, insurance fraud. All this happened due to vehicle accident on 9/07/2023

Clawson + Staubes, LLC is involved due to Jack Bonds being employed by them.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _8-13_ , 20_26_

Signature of Plaintiff _Lafayette Webber_

Printed Name of Plaintiff _Lafaye He Webber_

### B.     For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

E-mail Address    _____

6